IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-34-D

RANDY DINGLE,                          )
                                       )
            Plaintiff,                 )
                                       )
       v.                              )        ORDER
                                       )
TALMAGES BAGGETT, JR., et al.,         )
                                       )
            Defendants.                )

On February 11, 2019, plaintiff, appearing pro se, applied to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 [D.E. 1]. On February 15, 2019, the court referred plaintiff's motion to proceed in forma pauperis to Magistrate Judge Gates [D.E. 4]. On February 19, 2019, Judge Gates issued a Memorandum and Recommendation and recommended that plaintiff's motion to proceed in forma pauperis be denied [D.E. 5]. On February 26, 2019, plaintiff paid the court's filing fee.

In sum, plaintiff's motion to proceed in forma pauperis is DISMISSED as moot. The clerk shall file plaintiff's complaint [D.E. 1-1] and issue the summonses prepared by plaintiff [D.E. 1-2].

SO ORDERED. This 28 day of February 2019.

                                                                                   JAMES C. DEVER III
                                                                                   United States District Judge