UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RANDY DINGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:19-cv-34-D** |
| ) | |
| TALMAGES BAGGETT, JR., ELLEN B. ) | |
| HANCOX, RONNIE MITCHELL, MICKEY ) | |
| LOCKLEAR, CUMBERLAND COUNTY ) | |
| DETENTION CENTER, TIMOTHY J. ) | |
| PETERKIN, SHERIFF ENNIS W. WRIGHT, ) | |
| DEPUTY MURPHY, LIEUTENANT MORRISON,) | |
| DEPUTY WALDEN, CLAVION MORNING, and ) | |
| WILLIAM DANCY, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the defendants' motions to dismiss [D.E. 37, 42, 46, 49] and DISMISSES Dingle's complaint without prejudice [D.E. 7].

**This Judgment Filed and Entered on July 15, 2019, and Copies To:**

| | |
|---|---|
| Randy Dingle | (Sent to P.O. Box 9485 Fayetteville, NC 28311 via US Mail) |
| Anna M. Davis | (via CM/ECF electronic notification) |
| RonnieM. Mitchell | (via CM/ECF electronic notification) |
| Antoine Marshall | (via CM/ECF electronic notification) |
| Christopher J. Derrenbacher | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| July 15, 2019 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |